# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabrina Beram, | No. CV-21-08063-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| City of Sedona, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 22), filed on June 15, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 22) and that Defendants Sedona Wyndham Apartments, LLC and Sanjo Investments are dismissed from this lawsuit with prejudice, each side to bear its own fees and costs.

Dated this 16th day of June, 2021.

Honorable Diane J. Humetewa
United States District Judge